ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| LUMA ENERGY SERVCO, LLC<br><br>Parte Recurrida<br><br><br>v.<br><br><br><br>MUNICIPIO DE HORMIGUEROS, HONORABLE PEDRO J. GARCÍA FIGUEROA, MYRIAM IRIZARRY BOBÉ Y OTROS<br><br>Parte Recurrida<br><br>AUTORIDAD DE ENERGÍA ELÉCTRICA<br><br>Parte Recurrente | TA2026CE00720 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>_____<br>Caso Núm.: SJ2025CV08541<br>_____<br><br>SOBRE:<br><br>PATENTES MUNICIPALES |

Panel integrado por su presidenta la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

Salgado Schwarz, Carlos G., juez ponente

# **R E S O L U C I Ó N**

En San Juan, Puerto Rico, a 22 de junio de 2026.

Examinado el *Recurso de Certiorari* presentado por la Autoridad de Energía Eléctrica de Puerto Rico el 5 de junio de 2026, disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari*. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*